**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MTISHA JACKSON**                                                       **PLAINTIFF**

**V.**                                            **CIVIL ACTION NO. 3:14-CV-717 HTW-LRA**

**HUD HOUSING AUTHORITY**                                   **DEFENDANT**

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      This matter is before the court pursuant to the Report and Recommendation of United States Magistrate Judge Linda Anderson which clearly notified the plaintiff in the above-styled and numbered cause that failure to file a written objection to the findings and recommendation contained therein within fourteen (14) days from the date of filing would bar further appeal in accordance with Title 28 U.S.C. § 636.  This court, finding that there has been no submission of a written objection by plaintiff, hereby adopts said Report and Recommendation as the order of this court, and dismisses plaintiff's complaint with prejudice.

      **SO ORDERED, THIS THE 11th DAY OF December, 2014.**

                                       **s/ HENRY T. WINGATE**
                                       **UNITED STATES DISTRICT JUDGE**